IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 19-190-M |
| | : | |
| DANE NAIRNS, | : | VIOLATION: |
| | : | |
| Defendant. | : | 18 U.S.C. § 111(a)(1) |
| | : | (Forcibly assaulting, resisting and |
| | : | impeding officers with physical contact) |
| | : | |
| | : | 22 D.C. Code § 3302(b) |
| | : | (Unlawful Entry on Public Property) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about July 19, 2019, within the District of Columbia, defendant **DANE NAIRNS**, forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with Rachel Conway, a United States Secret Service Officer, while Officer Conway was engaged in or on account of the performance of the officer's official duties.

(**Forcibly assaulting, resisting and impeding officers with physical contact**, in violation of Title 18, United States Code, Section 111(a)(1)).

## COUNT TWO

On or about July 19, 2019, within the District of Columbia, defendant **DANE NAIRNS**, without lawful authority, did enter and attempt to enter certain public property, that is, the Ellipse, near the intersection of Constitution Avenue, N.W., and 17th Street, N.W., against the

will of the U.S. Secret Service, the law enforcement agency lawfully in charge thereof.

(**Unlawful Entry on Public Property**, in violation of Title 22, District of Columbia Code, Section 3302(b)).

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu/dc*
Attorney of the United States in
and for the District of Columbia.